BEFORE THE SECOND DIVISION, DECEMBER 17, 1941

**No. 46697.**—Protest 8123–K/88787 of Sears, Roebuck & Co. (Chicago).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 43553 the claim at 40 percent under paragraph 339 was sustained.